IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-92-MPT |
| ) | |
| JAMON R. SIMMONS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Robert F. Kravetz as attorney of record for the United States, and enter the appearance of Shawn E. Martyniak, Special Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Shawn E. Martyniak
    Shawn E. Martyniak
    Special Assistant United States Attorney
    Nemours Building, Suite 700
    1007 Orange Street
    P.O. Box 2046
    Wilmington, DE 19899-2046
    302-577-8801

Dated: May 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-92-MPT |
| | ) | |
| JAMON R. SIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Sherry A. Kaminski, an employee with the United States Attorney's Office, hereby certify that on May 16, 2007, I electronically filed the foregoing:

**Notice of Substitution of Counsel and Entry of Appearance**

with the Clerk of the Court using the CM/ECF. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

> Edson Bostic, Federal Public Defender
> Office of the Federal Public Defender
> District of Delaware
> 704 King Street, Suite 110
> Wilmington, DE 19801

/s/ Sherry Kaminski
Sherry Kaminski